UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANIEL FORTIER,<br><br>                 Plaintiff,<br><br>     v.<br><br>NANCY A BERRYHILL, Deputy Commissioner of Social Security for Operations,<br><br>                 Defendant. | CASE NO. 3:17-CV-05490-DWC<br><br>ORDER ON STIPULATED MOTION FOR EAJA FEES AND COSTS |

    This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. *See also* Consent to Proceed before a United States Magistrate Judge, Dkt. 3. This matter is before the Court on Plaintiff's "Stipulated Motion for EAJA Fees and Costs." Dkt. 28.

    Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, ("EAJA"), Plaintiff's motion (Dkt. 28), and the relevant record, the Court orders EAJA attorney's fees of $8,686.15, expenses in the amount of $2.45, and costs (pursuant to 28 U.S.C. § 1920) in the amount of

$437.40 ("EAJA Award") be awarded to Plaintiff. *Astrue v. Ratliff*, 560 U.S. 586, 591–97 (2010).

The Acting Commissioner shall contact the Department of Treasury after this Order is entered to determine if the EAJA Award is subject to any offset. If the U.S. Department of the Treasury verifies to the Office of General Counsel that Plaintiff does not owe a debt, the government will honor Plaintiff's assignment of EAJA Award and pay the EAJA Award directly to Elie Halpern, Plaintiff's counsel. If there is an offset, any remainder shall be made payable to Plaintiff, based on the Department of the Treasury's Offset Program and standard practices, and the check shall be mailed to Plaintiff's counsel, Elie Halpern, at Elie Halpern Olivares PLLC, 2102 Carriage Drive SW, Bldg. E102, Olympia, WA 98502

Dated this 1st day of June, 2018.

David W. Christel
United States Magistrate Judge